No. 96–9074. BENNETT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–9075. PYLE v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96–9076. WHITFIELD v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–9078. WRIGHT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–9080. BOOKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–9082. SPRIGGS ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–9083. SANDERS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–9084. REITZ v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–9085. REEVES v. NOVAK ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9086. STOUFFER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–9087. J. A., A JUVENILE v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 96–9088. WHITFIELD v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–9089. TAHA v. SMITH ET AL. Ct. App. Ind. Certiorari denied.

No. 96–9090. THOMPSON v. KENTUCKY. Cir. Ct. Kenton County, Ky. Certiorari denied.